UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
 RACHEL ISAAC HAGER,                                      :
                               Plaintiff                  :
                                                          :          20 Civ. 4482 (LGS)
                  -against-                               :
                                                          :          ORDER
 JAY F. STEELE, ET AL.,                                   :
                               Defendants.    ::
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　　　WHEREAS, the initial pretrial conference in this matter is scheduled for July 30, 2020;

　　　　WHEREAS, on June 26, 2020, Defendant filed a pre-motion letter, proposing to file

motion to dismiss (Dkt. No. 4);

　　　　WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

　　　　**ORDERED** that the July 30, 2020, initial pretrial conference is **cancelled**.  If the parties

believe that a conference would nevertheless be useful, they should inform the court immediately

so the conference can be reinstated.  The case management plan and scheduling order will issue

in a separate order.  The parties' attention is particularly directed to the provisions for periodic

status letters, and the need for a pre-motion letter to avoid cancellation of the final conference

and setting of a trial date.  It is further

　　　　**ORDERED**, that, regarding settlement discussions, the parties shall be referred for

mediation.  The referral will issue in a separate order.  The parties shall file a joint status letter

within two business days upon completion of mediation, apprising the Court of the outcome of

mediation, and if the case is not resolved, including a joint proposed briefing schedule for

Defendants' proposed motion to dismiss.

Dated: July 28, 2020
   New York, New York

         LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE