UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                      :

RACHEL ISAAC HAGER,                 :

                   Plaintiff      :

                                             :          20 Civ. 4482 (LGS)

        -against-                :

                                             :                <u>ORDER</u>

JAY F. STEELE, ET AL.,            :

                   Defendants.    :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated July 28, 2020, the initial pretrial conference ("IPTC") scheduled for July 30, 2020, was cancelled (Dkt. No. 20), a case management plan and scheduling order issued (Dkt. No. 21) and the parties were referred for mediation to the Court's Mediation Program (Dkt. No. 22);

       WHEREAS, on August 3, 2020, the parties jointly requested a reinstatement of the IPTC (Dkt. No. 24), and the IPTC was held on August 13, 2020. For the reasons stated at the IPTC, it is hereby

       **ORDERED** that the parties shall proceed with mediation, which is to be completed by September 30, 2020, (Dkt. No. 22). Per the Order at Dkt. No. 20, the parties are reminded to file a joint status letter within two business days upon completion of mediation, apprising the Court of the outcome of mediation. Discovery is stayed pending the outcome of mediation. It is further

       **ORDERED** that if Plaintiff seeks to replead, by **August 27, 2020**, Plaintiff shall file a letter motion seeking leave to replead, attaching the proposed amended complaint. Defendants shall file any opposition to the letter motion by **September 3, 2020**. Each letter shall not exceed three pages.

Dated: August 13, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE