UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHEL ISAAC HAGER,
                            Plaintiff,

                -against-

JAY F STEELE, *et al.*,
                            Defendants.
------------------------------------------------------------X

20 Civ. 4482

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff requested leave to file an amended complaint (Dkt. No. 29), and Defendants opposed the request (Dkt. No. 30);

WHEREAS, per the Order at Dkt. No. 31, Plaintiff was directed to file by September 14, 2020, a supplemental letter (i) explaining the proposed changes to the Complaint and how they address the arguments made in Defendants' pre-motion letter at Dkt. No. 4 and (ii) addressing Defendants' arguments in their letter at Dkt. No. 30. Plaintiff was also directed to attach a draft of the proposed amended Complaint that is black-lined or otherwise marked to show changes to the current Complaint;

WHEREAS, no supplemental letter was filed. It is hereby

**ORDERED** that Plaintiff shall file her supplemental letter and draft proposed amended Complaint, marked to show changes, as soon as possible and in any event, no later than **September 18, 2020**. Plaintiff is reminded that Court-ordered deadlines are not optional and is advised that if no supplemental letter is received by September 18, 2020, the Court may deny Plaintiff's application.

Dated: September 15, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**