```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  RACHEL ISAAC HAGER,                                        :
                                  Plaintiff,                 :
                                                             :     20 Civ. 4482
                 -against-                                   :
                                                             :     ORDER
  JAY F STEELE, et al.,                                      :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order at Dkt. No. 20, the parties were directed to file a joint status letter within two business days upon completion of mediation, apprising the Court of the outcome of mediation;

WHEREAS, the parties did not timely file this letter.  It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **October 7, 2020**.

Dated:  October 5, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**