UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHEL ISAAC HAGER,
                             Plaintiff,

                           20 Civ. 4482

           -against-

                           ORDER

JAY F STEELE, *et al.*,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Order at Dkt. No. 40, the parties were directed to file a joint status letter, providing an update on the status of settlement discussions by October 12, 2020;

      WHEREAS, the parties did not timely file this letter. It is hereby

      **ORDERED** that the parties shall file the letter as soon as possible and no later than **October 15, 2020**. This is the second status letter that the parties have not timely filed. The parties are reminded that compliance with Court-ordered deadlines is not optional.

Dated: October 14, 2020
       New York, New York

                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE